## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR-20-67-JD |
| KENYATA O'KEEFE THOMAS, | ) ) | Violation: 18 U.S.C. § 1038(a)(1) |
| Defendant. | ) | |

### INFORMATION

The United States charges:

On or about April 19, 2019, within the Western District of Oklahoma, ---------------------------------**KENYATA O'KEEFE THOMAS** -------------------------------- intentionally conveyed to the University of Central Oklahoma (UCO) false and misleading information that an unnamed person was planning to detonate a bomb on UCO's campus, which would have constituted a violation of 18 U.S.C. § 844(i). The defendant conveyed the false and misleading information under circumstances where such information may reasonably have been believed by UCO.

All in violation of Title 18, United States Code, Section 1038(a)(1).

TIMOTHY J. DOWNING
United States Attorney

*/s/ Mark R. Stoneman*

MARK R. STONEMAN
Assistant United States Attorney